[No. 8701–4–II.   Division Two.   February 12, 1987.]

*In the Matter of the Marriage of* NANCY MARIE
SHERMAN, *Appellant, and* NORMAN CRAIG
SHERMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–3–01243–0, Thomas R. Sauriol, J., entered
March 15, 1985. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Alexander, A.C.J., and
Petrich, J.

[No. 9692–7–II.   Division Two.   February 12, 1987.]

ROSE SHERMAN, *Respondent,* v. NANCY SHERMAN,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–2–01611–1, James P. Healy, J., entered
February 28, 1986. *Affirmed in part* and *reversed in part*
by unpublished opinion per Worswick, J., concurred in by
Alexander, A.C.J., and Petrich, J.

[No. 7380–7–III.   Division Three.   February 12, 1987.]

CHARLES P. DRAHN, ET AL, *Respondents,* v. BLACK &
CLARK SECURITIES, INC., *Defendant,* ROBERT
SHEEKS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 84–2–02513–6, Gordon Swyter, J.,
entered September 19, 1985. *Affirmed* by unpublished
opinion per Green, J., concurred in by McInturff, C.J., and
Thompson, J.